DEFT: Keith Williams (J)#     CASE NO: 00-4224-BSS
AUSA: Tery Thompson / present    ATTNY: Robin Farnsworth
AGENT: _____    VIOL: PWID cocaine
PROCEEDING: Initial Appearance    BOND REC: PTD
BOND HEARING HELD — yes/(no)    COUNSEL APPOINTED: FPD
___ BOND SET @ $250,000 Corp Surety w/ nebbia
CO-SIGNATURES: _____
SPECIAL CONDITIONS:

√ - Advised of charges
√ - Sworn for Counsel

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

No Bond hrg held —
Both sides stipulate
to a $250,000 CSB
w/ nebbia reserving
right to proceed w/ a
PTD hrg at a later
date

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: _____
PTO/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL XXXXX   10-6-00    11:00am    BSS
STATUS CONFERENCE: _____
DATE: 9-27-00    TIME: 11:00am    TAPE # 00- 074   PG # 9
                                        264 - 430
                                       Recalled
                                       00-074
                                       740 -