TJT:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6289** **CR-ZLOCH**

**MAGISTRATE JUDGE SELTZER**

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEITH WILLIAMS,

    Defendant.

## INDICTMENT

The Grand Jury charges that:

On or about September 26, 2000, at Broward County, in the Southern District of Florida, the defendant,

### KEITH WILLIAMS,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, at least five hundred (500) grams of a mixture and substance containing a detectable amount



of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA  CASE NO. _____
v.

KEITH WILLIAMS

**CERTIFICATE OF TRIAL ATTORNEY***
**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)    Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

___ Miami  ___ Key West
X  FTL  ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) No
   List language and/or dialect ___English___

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days       X       Petty       ___
   II   6 to 10 days      ___     Minor       ___
   III  11 to 20 days     ___     Misdem.     ___
   IV   21 to 60 days     ___     Felony      X
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ___Yes___
   If yes:
   Magistrate Case No.  00-4224-BSS
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of  09/27/00
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _Yes  X  No  If yes, was it pending in the Central Region? _ Yes  X  No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  X  No

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500063

*Penalty Sheet(s) attached                                                   REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: __KEITH WILLIAMS__   No. _____

Count #: I   21:841(a)(1); Possess With Intent to Distribute Cocaine

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $2,000,000 fine

Count #:

*Max. Penalty:

Count #:

Max. Penalty:

Count#:

Max. Penalty:

Count#:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.