OCT 6 - 2000

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6289-CR-Zloch

UNITED STATES OF AMERICA

vs

Keith Williams

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 10-6-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address:  In Custody

                    Telephone:

DEFENSE COUNSEL:    Name:  FPD

                    Address:

                    Telephone:

BOND SET/CONTINUED: $ Cont'd in custody

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this   6   day of   October  , 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No.  00-078

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services