| | |
|---|---|
| DEFT: Keith Williams (J)# | CASE NO: 00-6289-CR-Zloch |
| AUSA: Terry Thompson /Brown | ATTNY: FPD /Brulee |
| AGENT: | VIOL: |
| PROCEEDING: Arraignment | BOND REC: |

BOND HEARING HELD - yes/no   COUNSEL APPOINTED:

_____ BOND SET @ _____

CO-SIGNATURES: _____

OCT 6 2000

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services; _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
_____ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

No tapes or transcripts

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 10-20-00 | 11:00am | SNOW |

DATE: 10-6-00   TIME: 11:00am   TAPE # 00-078 PG # 6
3111—3166

10