HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __KEITH WILLIAMS__          CASE NO: __00-6289-CR-ZLOCH__

AUSA __TERRY THOMPSON__ /Kay    ATTY __FPD *Margan*__

*Disc out today*
*Possible plea*

00-054
@ 2744

DEFT_____    CASE NO:_____
AUSA_____    ATTY_____


DEFT_____    CASE NO:_____
AUSA_____    ATTY_____


DEFT_____    CASE NO:_____
AUSA_____    ATTY_____


DEFT_____    CASE NO:_____
AUSA_____    ATTY_____


DEFT_____    CASE NO:_____
AUSA_____    ATTY_____


DATE __10-20-00__                TIME __9:00__