UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
00 -6289- CC-Zloch
CASE NO. 00-4224-SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEITH WILLIAMS,

    Defendant.
_____/

### REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

The Defendant, Keith Williams, through undersigned counsel, and pursuant to Fed. R. Crim. P. 16(a)(c)(e) requests disclosure by the government of expert testimony the government intends to introduce during its case-in-chief. As to each potential expert witness, it is requested that the government disclose the name of the expert, the witnesses qualifications, present employment, a summary of the witness' opinion, and the basis and reasons for the opinion.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: /s/ Robert N. Berube

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this $\underline{6}$ day of October, 2000, to the United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Robert N. Berube