UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6289-CR-ZLOCH

UNITED STATES OF AMERICA,      :

       Plaintiff,            :

v.                             :

KEITH WILLIAMS,                :

       Defendant.            :
_____

**STATUS REPORT**

       A status conference was held in this cause on October 20, 2000. At that conference, the parties informed the Court as follows:

       1. Discovery is to be sent on October 20, 2000.

       2. Counsel for the defendant shall have until November 6, 2000, within which to file pretrial motions.

       DATED at Fort Lauderdale, Florida, this _30_ day of October, 2000.

                                                  _Lurana S. Snow_
                                                  LURANA S. SNOW
                                                  UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Terry Thompson (FTL)
Federal Public Defender's Office (FTL)