UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6289-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEITH WILLIAMS,

    Defendant.

_____/

## ORDER GRANTING REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

THIS MATTER is before the Court upon the Defendant's Request for Disclosure of Expert Witness Summaries and the Court having carefully considered said motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Defendant's Request for Disclosure of Expert Witness Summaries be and the same is hereby GRANTED.

DONE AND ORDERED at Fort Lauderdale, Florida, this ___ day of November, 2000.

_____
WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE
MAGISTRATE

cc:   Robert N. Berube, AFPD
      Terrence Thompson, AUSA