```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      CASE NO: 00-6289-CR-ZLOCH
```



FILED by ___ D.C.
NOV 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

      V.                            NOTICE

KEITH WILLIAMS

_____
 TYPE OF CASE                   CRIMINAL
_____

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

_____

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            December 7, 2000 at 3:00 PM

_____

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL
ASK FOR A CONFESSION

_____


                                    CLARENCE MADDOX
                                    CLERK OF COURT

                                    _____
                                    BY DEPUTY CLERK

DATE: November 16, 2000

cc:
Terry Thompson, Esq., AUSA
Robert Berube, Esq., AFPD
```