UNITED STATES DISTRICT COURT
Southern District of Florida

*Filed by ___ N___ D.C.*
*DEC __ 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. - FT. LAUD.*

U.S. Marshal # 08850-017

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR **00-6289-CR-Z/OCH**
                          ) REPORT COMMENCING CRIMINAL
    -vs-                  )        ACTION
                          )
**Williams, Keith**       )
                Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI    (**FT. LAUDERDALE**)    W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **9/26/00**    **7:50**  am/**pm**

(2) Language Spoken: **English**

(3) Offense(s) Charged: **21 USC 841(a)(1)**

(4) U.S. Citizen [ ] Yes  [✓] No  [ ] Unknown

(5) Date of Birth: **5-4-56**

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✗] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: **Southern District of FL**

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: **9-27-00**   (9) Arresting Officer: **S/A Dean Wolpert**

(10) Agency: **DEA**              (11) Phone: **489-1700**

(12) Comments: _____

20