**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6289-CR-ZLOCH**



UNITED STATES OF AMERICA

     v.               NOTICE

KEITH WILLIAMS

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                            COURTROOM A
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301    DATE & TIME:
                                  January 30. 2001 at 9:30 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

                                   CLARENCE MADDOX
                                   CLERK OF COURT

                                   BY DEPUTY CLERK

DATE: January 18, 2001

cc:
Terry Thompson, Esq., AUSA
Robert Berube, Esq., AFPD