FILED by _____ D.C.

JAN 2 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6289-CR-ZLOCH

UNITED STATES OF AMERICA

    V.                      NOTICE

KEITH WILLIAMS

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

| PLACE: | COURTROOM A |
|---|---|
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, FL 33301 | January 30. 2001 at 10:15 AM |

*TIME CHANGED BY COURT*
**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: January 23, 2001

cc:
Terry Thompson, Esq., AUSA
Robert Berube, Esq., AFPD