FILED by _____ D.C.

JAN 3 0 2001

CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER CO - 6289-Cr-Zloch    DATE 1-30-01

CLERK Caroline Newton    REPORTER Carl Schanzlch

PROBATION                    INTERPRETER

UNITED STATES OF AMERICA v. Keith Williams

U. S. ATTORNEY Terry Thompson    DEFT COUNSEL Robert Berecko

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Change of Plea to one count Indictment.

RESULT OF HEARING Deft entered a plea of guilty to the one Count Indictment

JUDGMENT Court accepted Plea adjudged deft guilty to Count 1

CASE CONTINUED TO 4-23-01    TIME 10:30    FOR Sentencing

MISC Written Plea Agreement -

24