UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

APR 23 2001

CASE NUMBER 00-6289-CR-Zloch  DATE 4-23-01
CLERK Carolina Newsky                REPORTER Carl Schanzlee
PROBATION Frank Smith                INTERPRETER

UNITED STATES OF AMERICA v. Keith Williams

U. S. ATTORNEY Terry Thompson   DEFT COUNSEL Robert Berube

DEFENDANT: (PRESENT)  NOT PRESENT   ON BOND  (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Ct 1 - 188 months custody of BOP - 5 yrs supervised release, $100 assessment - TC be surrendered to INS for deportation proceedings.
JUDGMENT  Upon completion of incarceration - Participate in drug/alcohol abuse program - If deported NOT Re-enter the U.S. w/o prior Express permission

CASE CONTINUED TO _____ TIME _____ FOR _____
of A.C. Non-reporting if deported -
MISC  FPD appointed for appeal - Ct recommends facility in Florida

26