USDC FLSD 245B (Rev 9/00) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

FILED BY

APR 2 4 2001

UNITED STATES OF AMERICA  
v.  
KEITH WILLIAMS

**JUDGMENT IN A CRIMINAL CASE**  
(For Offenses Committed On or After November 1, 1987)

Case Number: **00-6289-CR-ZLOCH**

Counsel For Defendant: **ROBERT BERUBE, ESQ., AFPD**  
Counsel For The United States: **TERRY THOMPSON, ESQ., AUSA**  
Court Reporter: **Carl Schanzleh**

**THE DEFENDANT:**

[X] pleaded guilty to count one

[ ] pleaded nolo contendere to count(s) which was accepted by the court.

[ ] was found guilty on count(s) after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21:841(a)(1) | possession with intent to distribute at least 500 grams of cocaine | 9/00 | 1 |

The defendant is sentenced as provided in pages 2 through __8__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[ ] Count(s) _____ (is) (are) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**  
Defendant's Date of Birth: **5/1/56**  
Defendant's USM Number: **08850-017**

Defendant's Residence Address:

Defendant's Mailing Address:

4/23/01  
Date of Imposition of Judgment

Signature of Judicial Officer

**William J. Zloch**  
**Chief U.S. District Court Judge**

Date: 4/24/01

Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court Southern District of Florida
By _____ Deputy Clerk
Date 4-24-01

28

**DEFENDANT: WILLIAMS, KEITH**
**CASE NUMBER: 00-6289-CR-ZLOCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 188 months.

[X] The Court makes the following recommendations to the Bureau of Prisons: a facility in Florida.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district.

  [ ] at _____ a.m. / p.m. on _____

  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before 2:00 p.m. on _____

  [ ] as notified by the United States Marshal.

  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on ___5-22-01___ to ___FTD___

at _____, with a certified copy of this judgment.

5-15-01
Del folew
SVHewtt

UNITED STATES MARSHAL

By_____
Deputy U.S. Marshal