AO 240 (Rev 9/96)

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff

V.

Defendant

KEITH WILLIAMS

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 00-6289-CR-Zlock

FILED BY ___ D.C.
2001 OCT 29 PM 5:16
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

I, __KEITH WILLIAMS, defendant__ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant   ☒ other   Defendant

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to Part 2)

    If "Yes" state the place of your incarceration __F.C.I. Fort Dix  P.O. Box 2000, Fort Dix N.J. 08640-0902__

    Are you employed at the institution? __yes__   Do you receive any payment from the institution? __yes__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No   in prison

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   ☒ No
    b. Rent payments, interest or dividends            ☐ Yes   ☒ No
    c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
    d. Disability or workers compensation payments     ☐ Yes   ☒ No
    e. Gifts or inheritances                           ☐ Yes   ☒ No
    f. Any other sources                               ☒ Yes   ☐ No

    F. Sporadic gift in meager amounts for my commissary

If the answer to any of the ab[ove] ...he amount received and

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

My children, however, I am unable to support them because I lack the funds to do so.

I declare under penalty of perjury that the above information is true and correct.

10-25-01
DATE

_Keith Williams_
SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I, _E. Satteson_, certify that inmate Keith Williams # 08850-017, for the last six months, received, $_520.84_, expenditures, $_430.20_, and has a current balance of $_90.64_.

Date: _10/25/01_.

_E. Satt_ Counselor
Signature/rank of certifying officer

```
m                              ACCOUNT
0                              STATEMENT
FCI FORT DIX   **LOU**                                    DATE 10/25/01
PO BOX 38                                                 PAGE No.01
FT DIX, NJ 08640


                                                   Account # 08850017

        WILLIAMS, KEITH NMI
        A03-171L


  ---BEGINNING---AVAILABLE   ENCUMBRANCE   OUTSTANDING     SPECIAL        ACCOUNT
                 BALANCE       BALANCE       BALANCE       BALANCE        BALANCE
                  120.36           .00           .00           .00         120.36
 |INVOICE| TIME |   DATE   | TRANSACTION DESCRIPTION  |   AMOUNT  |||||||||||||||
  T00701  13:15   10-02-01  MONEY ORDER                   80.00           200.36
  642D85  19:27   10-03-01  DEPOSIT ITS FUNDS             10.00-          190.36
  650FB2  20:21   10-06-01  DEPOSIT ITS FUNDS             10.00-          180.36
  SEP01P   7:45   10-10-01  PERFORMANCE PAY               25.28           205.64
  669157  19:44   10-12-01  DEPOSIT ITS FUNDS              5.00-          200.64
  PF0139  15:45   10-15-01  COMMISSARY FORM              100.00-          100.64
  695C51  21:16   10-24-01  DEPOSIT ITS FUNDS             10.00-           90.64

                   **** TRANSACTION TOTAL ****           29.72-
```

| -----ENDING-----AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---:|---:|---:|---:|---:|
| 90.64 | .00 | .00 | .00 | 90.64 |

```
m                          ACCOUNT
0                          STATEMENT
                                            DATE 10/25/01
                                            PAGE No.01



                                       Account # 08850017

       WILLIAMS, KEITH NMI
       A03-171L
```

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .00 | .00 | .00 | .00 | .00 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| DL0164 | 11:30 | 06-07-01 | FUNDS TRANSFERRED IN | 75.48 | 75.48 |
| 47D1C1 | 17:13 | 06-07-01 | DEPOSIT ITS FUNDS | 10.00- | 65.48 |
| 000056 | 18:57 | 06-11-01 | SALE / REGULAR | 14.60- | 50.88 |
| T53636 | 9:46 | 06-12-01 | MONEY ORDER | 25.00 | 75.88 |
| 498362 | 21:11 | 06-13-01 | DEPOSIT ITS FUNDS | 10.00- | 65.88 |
| 000031 | 12:15 | 06-18-01 | SALE / REGULAR | 12.50- | 53.38 |
| T56984 | 12:51 | 06-27-01 | MONEY ORDER | 50.00 | 103.38 |
| 4CCB3E | 19:56 | 06-28-01 | DEPOSIT ITS FUNDS | 13.00- | 90.38 |
| 000028 | 12:41 | 07-02-01 | SALE / REGULAR | 41.95- | 48.43 |
| 4ED6FC | 11:13 | 07-07-01 | DEPOSIT ITS FUNDS | 8.00- | 40.43 |
| JUN01P | 9:37 | 07-09-01 | PERFORMANCE PAY | 2.40 | 42.83 |
| 000028 | 17:53 | 07-10-01 | SALE / REGULAR | 41.15- | 1.68 |
| T61636 | 12:08 | 07-20-01 | MONEY ORDER | 40.00 | 41.68 |
| 52BB88 | 21:35 | 07-22-01 | DEPOSIT ITS FUNDS | 6.00- | 35.68 |
| T61739 | 12:45 | 07-23-01 | MONEY ORDER | 50.00 | 85.68 |
| 53EC39 | 12:11 | 07-29-01 | DEPOSIT ITS FUNDS | 10.00- | 75.68 |
| PF9869 | 12:23 | 07-30-01 | COMMISSARY FORM | 50.00- | 25.68 |
| JUL01P | 9:19 | 08-09-01 | PERFORMANCE PAY | 3.00 | 28.68 |
| JUL01P | 9:19 | 08-09-01 | PERFORMANCE PAY | 4.80 | 33.48 |
| 57353B | 18:00 | 08-11-01 | DEPOSIT ITS FUNDS | 10.00- | 23.48 |
| 000049 | 18:41 | 08-14-01 | SALE / REGULAR | 7.00- | 16.48 |
| 5A7E61 | 18:20 | 08-25-01 | DEPOSIT ITS FUNDS | 10.00- | 6.48 |
| AUG01P | 8:52 | 09-07-01 | PERFORMANCE PAY | 34.88 | 41.36 |
| OS1133 | 9:20 | 09-07-01 | FIN. RESP. ACT | 25.00- | 16.36 |
| T71622 | 12:22 | 09-11-01 | MONEY ORDER | 50.00 | 66.36 |
| T71684 | 12:37 | 09-11-01 | MONEY ORDER | 40.00 | 106.36 |
| 5F1108 | 19:09 | 09-12-01 | DEPOSIT ITS FUNDS | 16.00- | 90.36 |
| T72458 | 11:35 | 09-14-01 | MONEY ORDER | 40.00 | 130.36 |
| 626013 | 21:14 | 09-24-01 | DEPOSIT ITS FUNDS | 10.00- | 120.36 |

```
                    **** TRANSACTION TOTAL ****     120.36
```

| -----ENDING-----AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---:|---:|---:|---:|---:|
| 120.36 | .00 | .00 | .00 | 120.36 |