**02-60525**

**CIV-ZLOCH**

AO 243
REV 6 82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District<br>For the Southern District of Florida |
|---|---|
| Name of Movant<br>KEITH WILLIAMS | Prisoner No.<br>08850-017 | Docket No.<br>~~00-6289-CR-ZLOCH~~ |
| Place of Confinement<br>FCI FORT DIX, P.O. BOX 2000, FORT DIX, NJ 08640 | | MAGISTRATE JUDGE<br>SORRENTINO |

(include name upon which convicted)

UNITED STATES OF AMERICA    V.    KEITH WILLIAMS

(full name of movant)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack __United States District Court For The Southern District Of Florida.__

2. Date of judgment of conviction __04/23/2001__

3. Length of sentence __188 Months__

4. Nature of offense involved (all counts) __Count I Knowingly and Intentionally Possess with intent to Distribute a Schedule II Controlled Substance-that is, a mixture containing a detectable amount of cocaine. At least five hundred (500) grams and Title 18, United States Code, Section 2.__

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   _____
   _____
   _____

6. Kind of trial: (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

(2)

AO 243
REV 6/82

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐  No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____
            _____

        (3) Grounds raised _____
            _____
            _____
            _____
            _____
            _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐  No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____
            _____

        (3) Grounds raised _____
            _____
            _____
            _____
            _____
            _____

AO 243
REV 6/82

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: The conviction was obtained and was imposed in violation of the Due Process Clause of the Fifth Amendment.

Supporting FACTS (tell your story *briefly* without citing cases or law): Defective indictment and District Court lack of jurisdiction

B. Ground two: The conviction was obtained and sentence was imposed in violation of the Sixth Amendment Clause of the Sixth Amendment.

Supporting FACTS (tell your story *briefly* without citing cases or law): Counsel was ineffective change of plea and sentencing

C. Ground three: Ineffective Assistance of Counsel

Supporting FACTS (tell your story *briefly* without citing cases or law): Counsel failed to challenge the Career Offender Enhancement

(5)

AO 243
REV 6/82

D. Ground four: District Court does not have jurisdiction to amend movant's indictment

Supporting FACTS (tell your story *briefly* without citing cases or law): District Court has acted beyond it's jurisdiction when it sentenced movant to 188 months imprisonment .

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing ROBERT BERUBE

    (b) At arraignment and plea      SAME

    (c) At trial      SAME

    (d) At sentencing _____

(6)

AO 243
REV 6/82

(e) On appeal _____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   _____

   _____

   (b) Give date and length of the above sentence: _____

   _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

 4/9/2002
_____
       (date)

_____
Signature of Movant

(7)