UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6289-CR-ZLOCH

UNITED STATES OF AMERICA,

  Plaintiff,

vs.            **O R D E R**

KEITH WILLIAMS,

  Defendant.
_____/

  THIS MATTER is before the Court upon the Defendant, Keith Williams', Application To Proceed Without Prepayment Of Fees and Affidavit (DE 29). The Court has carefully reviewed said Application and after due consideration it is

  **ORDERED AND ADJUDGED** that the Defendant, Keith Williams', aforementioned Application To Proceed Without Prepayment Of Fees (DE 29) be and the same is hereby **GRANTED**.

  **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _10th_ day of June, 2002.

              _____
              WILLIAM J. ZLOCH
              Chief United States District Judge

Copies furnished:

Keith Williams, Pro Se
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640-0902

Office of the United States Attorney