UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-60525-CIV-ZLOCH
00-6289-CR-ZLOCH



KEITH WILLIAMS,

    Movant,

vs.                      **FINAL ORDER OF DISMISSAL**

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 10) filed herein by United States Magistrate Judge Charlene H. Sorrentino. No objections have been filed to said Report. The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report Of Magistrate Judge (DE 10) filed herein by United States Magistrate Judge Charlene H. Sorrentino, be and the same is hereby approved, ratified and adopted by the Court;

    2. The Movant's Motion To Vacate (DE 1) be and the same is hereby **DENIED**;

    3. The above-styled cause be and the same is hereby **DISMISSED**; and

33

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __19th__ day of February, 2003.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

The Honorable Charlene H. Sorrentino
United States Magistrate Judge

Keith Williams, Pro Se
Reg. No. 08850-017
FCI Fort Dix (Unit 5702)
P. O. Box 2000 West
Fort Dix, NJ 08640

Terrence J. Thompson, Esq., AUSA
For Respondent